**No. 67017.**—James Loudon & Co., Inc., and R. H. Elsbach & Co., Inc., et al. *v.* United States, protests 59/7682, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass jars which contain confectionery, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 11, 1962

**No. 67018.**—Geo. Borgfeldt Corp. et al. *v.* United States, protests 60/23230, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.